387 A.2d 122

Maruca v. Allstate Insurance Company, Appellant.

Argued December 7, 1977. Joseph J. Musto, with him Griffith, Aponick & Musto, for appellant; Barry A. Yelen, for appellee.

Order affirmed.